No. 71–1573. PELTZMAN v. NATIONAL LABOR RELATIONS BOARD, *ante*, p. 887;

No. 71–1614. LOWRY ET AL. v. UNITED STATES, *ante*, p. 887;

No. 71–1640. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN. v. UNITED STATES, *ante*, p. 850;

No. 71–1651. NEWBERN, EXECUTRIX, ET AL. v. ALABAMA, *ante*, p. 813;

No. 71–6329. ESTES v. NORTHCROSS ET AL., *ante*, p. 853;

No. 71–6431. NASH v. TEXAS, *ante*, p. 887;

No. 71–6464. MURRAY v. CITY OF CINCINNATI, *ante*, p. 855;

No. 71–6495. CALDRONE v. GAFFNEY, WARDEN, *ante*, p. 855;

No. 71–6518. MARTINEZ v. MANCUSI, CORRECTIONAL SUPERINTENDENT, *ante*, p. 959;

No. 71–6606. WETTEROFF ET AL. v. GRAND, TRUSTEE, *ante*, p. 934;

No. 71–6643. PICKING v. YATES ET AL., *ante*, p. 812;

No. 71–6677. ALLARD v. UNITED STATES, *ante*, p. 861;

No. 71–6680. FERGUSON v. VIRGINIA, *ante*, p. 861;

No. 71–6717. ROBINSON v. UNITED STATES, *ante*, p. 863;

No. 71–6873. NEELY v. FIELD, U. S. DISTRICT JUDGE, ET AL., *ante*, p. 871;

No. 71–6875. MORAN v. TUITION PLAN OF NEW HAMPSHIRE, INC., *ante*, p. 872;

No. 72–134. McCLURE v. SALVATION ARMY, *ante*, p. 896;

No. 72–148. ROTHMAN ET AL. v. UNITED STATES, *ante*, p. 956; and

No. 72–150. UNITED STATES v. INTERSTATE COMMERCE COMMISSION (ACE DORAN HAULING CO. CASE), *ante*, p. 904. Petitions for rehearing denied.